CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on July 5, 2011

A. Jay Cristol  
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11−17677−AJC  
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vidal A Alvarado  
aka Vidal Antonio Alvarado  
1867 NW 20th Ave  
Miami, FL 33125

SSN: xxx−xx−3450

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.